452 A.2d 554

Commonwealth v. Baldo, Appellant.

Reargument Denied Nov. 30, 1982.

Petition for Allowance of Appeal . Denied Feb. 10, 1983.

Argued January 26, 1982. David H. Weinstein, for appel-

lant; Reginald H. Holder, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Judgment of sentence affirmed.